UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA

Status: Sovereign                                                                                      Propria Persona

The King/Morocco

    (Plaintiff)

Versus

BANNER CHEVROLET

    (DEFENDANT)



**CIVIL ACTION NO. 2:18-cv-08952**  J2

**Opposition** to "BANNER OF N.O., LLC'S 12(B) (6) MOTION TO DISMISS"

"Motion to Supplement the Record"

1)

"BANNER OF N.O LLC" (inter-alia) set forth actionable fraud in participation and communication of false and deceitful information with the plaintiff's previous employer "PREMIER AUTOMOTIVE" (inter-alia); these wrongful acts by "BANNER OF N.O LLC" (inter-alia) and "PREMIER AUTOMOTIVE" (inter-alia) inflicted the damages and defamation of the plaintiff's reputation. "BANNER OF N.O LLC" treated the plaintiff like a criminal; "BANNER OF N.O LLC" imposed unfair, unjust, and unconstitutional treatment on the plaintiff. "BANNER OF N.O LLC" has intent to further destroy the reputation of the plaintiff, "BANNER OF N.O LLC" discriminated against the plaintiff by pressuring the plaintiff to shave his beard, the defendant wrongfully terminated the plaintiff because of the plaintiff's nationality, imposing further damages and pain and suffering on the plaintiff. "BANNER OF N.O LLC's" concerted action in the conspiracy is the participation of the agenda with "PREMIER AUTOMOTIVE"; the agenda consists of the suppression, unlawful, unconstitutional treatment of the Indigenous, Aboriginal, and Sovereign Humans. The plaintiff is Aboriginal, Indigenous, and Sovereign. The plaintiff's lawful rights are protected; "BANNER OF N.O LLC" has violated the rights of the plaintiff, and the plaintiff respectfully moves the UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISISANA to grant the relief of $3,000,000 in certified gold bars to the plaintiff. I demand and request the UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA a jury of my peers. The plaintiff's nationality is Moor.

2)

The Treaty of Tripoli is the contract between the Moors and the "UNITED STATES CORPORATION" (inter-alia); it is the longest ongoing contract that has never been broken. The red, white, and blue striped flag represents "Peace and Friendship", the "Amity and Commerce" between the Moors and the "UNITED STATES CORPORATION" (inter-alia) I am Aboriginal. I am Indigenous. My nationality is Moor. I am King. I am The King/Morocco.

**TENDERED FOR FILING**

FEB 05 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Page 1 of 2

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

I enforce and exercise my lawful rights that are protected by the Treaty of Tripoli, United Nations Declaration on the Rights of Indigenous People, Charter of the United Nations, Universal Declaration of Human Rights, Zodiac Constitution, International Human Rights Law, Morocco Constitution, and Louisiana Constitution Article 1 subsection 26. I enforce and exercise Title 7 of the Civil Rights act. Title 7 of the Civil Rights Act has been violated by "BANNER OF N.O LLC".

The King Morocco, Sui Juris

6700 Woodland Parkway Suite#230 P.O Box#411

The Woodlands, TX 77382

Phone: (832)734-3658

Email: simmsenterprise0@gmail.com

Judge: _____

Dated: _____

<u>JUDGE</u>: CARL J. BARBER

<u>MAGISTRATE JUDGE</u>: JOSEPH C. WILKINSON JR.

**CIVIL ACTION NO. 2:18-cv-08952**

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA

Status: Sovereign                                                                 Propria Persona

The King Morocco (Plaintiff)

VERSUS

BANNER CHEVROLET (inter-alia) (DEFENDANT)

Civil Action: 2:18-CV-08952

<u>Judge</u>: Carl J. Barbier

<u>Magistrate Judge</u>: Joseph C. Wilkinson Jr.


Memorandum in Support of "Opposition to BANNER OF N.O LLC'S 12(B)(6) MOTION TO DISMISS"


"BANNER OF N.O LLC" (inter-alia) has violated the rights of the plaintiff The King/Morocco. "BANNER OF N.O LLC" (inter-alia) has participated in Fraud, Negligence, Conspiracy, Discrimination, Genocide, and wrongful termination. "BANNER OF N.O LLC" (inter-alia) has imposed damages, assumed damages, actual damages, and pain and suffering on the plaintiff. The plaintiff moves the UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA to grant the relief to the plaintiff for damages inflicted by "BANNER OF N.O LLC" (inter-alia). The plaintiff demands and requests the relief of $3,000,000 in certified gold bars with the "Motion of Bill to Bring Suit to Banner of N.O LLC, Motion to Supplement the Record.


The King Morocco, Sui Juris

6700 Woodland Parkway Suite#230 P.O Box#411

The Woodlands, TX 77382

Phone: (832)734-3658

Email: simmsenterprise0@gmail.com


**TENDERED FOR FILING**

**FEB 05 2019**

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



The King Morocco
6700 woodlands Pkwy suite #230 P.O Box #411
The woodlands, TX 77382

U.S DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK
500 Poydras St New Orleans, LA
70130