In the

## UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA

500 Poydras Street
Room C151
New Orleans, LA 70130
(504) 589-7600



| | |
|---|---|
| Status: Sovereign | Moor |
| The King/Morocco | Aboriginal |
| Propria Persona | Indigenous |
| Federal | Al Moroccan |
| Sui Juris | I Self Law Am Master |

**Amended Complaint**

BANNER CHEVROLET(INTER-ALIA)

5950 Chef Menteur Highway

New Orleans, LA 70126

(504) 302-8900

*18-8952*
*9 (2)*

March 2018, I went into Banner Chevrolet to seek employment within the automotive industry. I spoke with the Sales Manager and General Sales Manager of BANNER CHEVROLET. I was asked by management of BANNER CHEVROLET "what happened with the cars that I was being accused of stealing by PREMIER AUTOMOTIVE"? I informed management staff of BANNER CHEVROLET that I did not steal any cars from PREMIER AUTOMOTIVE. The manager at BANNER CHEVROLET told me "I'm very close with the managers of PREMIER AUTOMOTIVE, we use to work together at "PREMIER TOYOTA"." The manager of BANNER CHEVROLET told me that he spoke with the manager of PREMIER AUTOMOTIVE regarding hiring me. BANNER CHEVROLET and I decided to do business together despite the false information given to BANNER CHEVROLET by PREMIER AUTOMOTIVE. However, during employment at BANNER CHEVROLET I was asked on different occasions to shave my beard. I expressed to management my level of discomfort with their request. I AM aboriginal, indigenous, I don't need to shave my beard to please anyone. The sales manager told me "you create fear with European customers with your beard, you need to cut it." There are other sales people at the dealership of European descent that were not asked to shave their beards. Around April 19, 2018 I was terminated by BANNER CHEVROLET. I was told by the management staff off BANNER CHEVROLET that I am being terminated because "I don't fit into the mold, constraints, and confines of the company. BANNER CHEVROLET colluded and conspired with PREMIER AUTOMOTIVE to damage me. This is an act of Fraud and Genocide. This is an attempt to destroy and diminish Aboriginal, Indigenous, Sovereign Humans in this land of Morocco.

TENDERED FOR FILING     Page 1 of 3

MAR 15 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

I have suffered *outstanding* "**Punitive Damages**", "**Assumed Damages**", "**Actual Damages**" and "**Pain and Suffering**" because of the **Fraud** committed by BANNER CHEVROLET. This is **collusion** and **conspiracy**, this is an attack, this is an act of **genocide** by BANNER CHEVROLET.

My "Constitutional Rights", "Indigenous Rights", "Aboriginal Rights", "Sovereign Rights", "Human Rights" and "Lawful Rights", have been **violated** by BANNER CHEVROLET.

I have been **discriminated** against by BANNER CHEVROLET because of my **race, sex, age, national origin, genetic information, religion, marital status.**

The instruments that apply to this complaint are **"Laws"**, **"Treaties"**, **"Constitutions"**, **"Declarations"**, and **"Resolutions".**

"United States Constitution Article 6" reads, "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all **Treaties** made, or which shall be made, under the Authority of the United States, shall be the **supreme Law of the Land**; and the **Judges in every State shall be bound thereby**, anything in the Constitution or Laws of any State to the Contrary notwithstanding".

### Louisiana Constitution Article 1§26.

State Sovereignty Section 26. The people of this state have the sole and exclusive right of governing themselves as a free and sovereign state; and do, and forever hereafter shall, exercise and enjoy every power, jurisdiction, and right, pertaining thereto, which is not, or may not hereafter be, by them expressly delegated to the United States of America in congress assembled

**All Treaties, Resolutions, Laws, Declarations, and Constitutions** listed herein have been **violated** by BANNER CHEVROLET

"Zodiac Constitution" ,"Charter of the United Nations", "Constitution of Morocco", "Texas Constitution Article 1, Section 1", "International Convention on the Suppression and Punishment of the Crime of Apartheid", "United Nations Declaration on the Rights of Indigenous People", "Universal Declaration of Human Rights", "United States Constitution Article 6", "**Treaty of Tripoli**", "International Human Rights Law", "Uniform Commercial Code 1-308", "World Conference against Racism, Racial Discrimination, Xenophobia and Related Tolerance" , "United Nations Universal Realization of the Right of Peoples to Self-Determination",  "United Nations Millennium Declaration", "World Summit on Social Development",  "United Nations Rights of Indigenous Peoples Resolution 72/155", "United Nations Third International Decade for the Eradication of Colonialism", "United Nations Third International Decade of the Worlds Indigenous People".

### *Title 7 of the Civil Rights Act*

### *Genetic Information Non-Discrimination Act*

**United States Code, Section 1091 of Title 18,** (a)BASIC OFFENSE. —*Whoever, whether in time of peace or in time of war and with the specific intent to destroy, in whole or substantial part, a national, ethnic, racial, or religious group as such—*

*(1)*
*kills members of that group;*

*(2)*
*causes serious bodily injury to members of that group;*

*(3)*
*causes the permanent impairment of the mental faculties of members of the group through drugs, torture, or similar techniques;*

*(4)*
*subjects the group to conditions of life that are intended to cause the physical destruction of the group in whole or in part;*

*(5)*
*imposes measures intended to prevent births within the group; or*

*(6)*
*transfers by force children of the group to another group;*

*shall be punished as provided in subsection (b).*

I Am The King/Morocco **"Enforce"** and **"Exercise" all documents, treaties, resolutions, laws, declarations** and **constitutions**, listed herein.  All listed herein will be respected and honored by All "Government Officials", "Judicial Systems", "Judicial Officers", "Judicial Courts", "Law Enforcement", and All "Corporations" "Businesses" and "Enterprises" within the Jurisdiction of the United States Union Inter-Alia.

6700 Woodlands pkwy P.O BOX#411 SUITE#230

The Woodlands, TX 77382

Phone (832) 734-3658

936-499-0143

Email: simmsenterprise0@gmail.com

thekingmorocco33@gmail.com



The King/Morocco
6700 Woodlands Pkwy P.O.Box #411 suite #230
The Woodlands, TX 77382

U.S. District Court, Eastern Dist. Of Louisiana
Office of the Clerk
500 Poydras Street
Room # C151
New Orleans, LA 70130

