UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE KING/MOROCCO | CIVIL ACTION |
| VERSUS | NO: 18-8952 |
| BANNER CHEVROLET | SECTION: "J"(2) |

## **ORDER**

    Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight (8) days prior to the date set for hearing on the motion. No memorandum in opposition to Defendant Banner of N.O., LLC's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) **(Rec. Doc. 9)**, set for hearing on January 8, 2019 was submitted. Additionally, Plaintiff failed to comply with this Court's Order directing him to file an Amended Complaint not later than March 22, 2019 **(Rec. Docs. 21, 22)**. Accordingly, the motion to dismiss is deemed to be unopposed. Further, it appearing to the Court that the motion has merit,

    **IT IS ORDERED** that Defendant's Motion to Dismiss **(Rec. Doc. 9)** is hereby **GRANTED**. All claims asserted by Plaintiff King/Morocco against Defendant Banner of N.O., LLC are hereby **DISMISSED** without prejudice.

    A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty (30) days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition memorandum been

filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration. *See* Fed. R. Civ. P. 16.

New Orleans, Louisiana, this 2nd day of April, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE