UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KING/MOROCCO | CIVIL ACTION |
| VERSUS | NUMBER: 18-8952 |
| BANNER CHEVROLET | SECTION: "J" (2) |

J U D G M E N T

Considering the court's Order, dated, April 2, 2019, filed herein,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Banner of N.O., LLC, and against plaintiff, King/Morocco, dismissing the plaintiff's claims without prejudice.

New Orleans, Louisiana, this 3rd day of April 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE